UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LESLIE ALLEN ACHTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-cv-00760-SNLJ |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of plaintiff Leslie Allen Achter for leave to proceed in forma pauperis on appeal. Plaintiff may not proceed in forma pauperis on appeal because he has accumulated three "strikes" pursuant to 28 U.S.C. § 1915(g). *See Achter v. State of Missouri*, 4:94-cv-01366-CDP (E.D. Mo.), *Achter v. Unknown Sheriff*, 4:17-cv-02231-SNLJ (E.D. Mo.); and *Achter v. Chief Justice of this Honorable Court*, 4:18-cv-00384-JCH (E.D. Mo.). The Court will therefore deny the motion and direct plaintiff to pay the full $505.00 statutory filing fee. *See Orr v. Clements*, 688 F.3d 463, 464 (8th Cir. 2012) ("If a prisoner is ineligible to proceed under § 1915, then he may still file an action or appeal, but he must pay the full filing fee up front or suffer dismissal").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal (Docket No. 5) is **DENIED**.

**IT IS FURTHER ORDERED** that, within thirty (30) days from the date of this Order, plaintiff shall pay to this Court the full $505.00 statutory filing fee. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1)

his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for the appeal of the instant action.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with this appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 11th day of June, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE